IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
13 JAN 29 AM 10: 29
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

Darryl Lloyd Walker
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Sgt. Roy Hudson, And The Humboldt
Police dept.
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs:  Darryl Lloyd Walker

         Defendants:  Roy Hudson, The humboldT Police dept.
                      HumboldT Tennessee 38343

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____

      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
         _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: The Gibson County Complex Trenton Tenn

A. Is there a prisoner grievance procedure in the institution?

Yes (X)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )  No (X)

C. If your answer is Yes:
   1. What steps did you take? _____
   2. What was the result? _____

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Darryl Lloyd Walker
   Address 401 N. College Street Trenton Tenn 38382

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Roy Hudson _____ is employed as The Humboldt Police department
   at Humboldt Tenn, 38343

C. Additional Defendants: The Humboldt Police department
   1421 Osborne Street Humboldt Tenn 38343

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Under 320 Assault, Libel & Slander = / I was Stopped by Sgt Roy hudson on Sept 27 2012 of The humboldt police dept. and he Told me it Would be in my best intrest To Talk To him. I Thought Maybe it was about a police matter, So being on Parole I Thought I would Talk To him. So We Went behind An Abandon House To Talk, but it Turned out To be A Personal Matter, involving his Live in Girlfriend after i Listend to him Say what he had to Say, I Told him I didnt Know anything about his Girlfriend or The Situation That He Mentioned. He said I Think you do. He Said if I Told him what he wanted to Know I Would be One up So I was assuming if Something Came up he would help or Look the other way to help. So I Still refuse to Cooperate with him. He Said if I didnt Give him any Information I would be on His List And Making A big Mistake if I left Without Giving Him information So I Chose to Leave and Not Talk.

Revised 4/18/08

V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I Want Compensation and I Want Sgt Roy Hudson fired from the HumboldT police department, There Job is too protect and Serve use

VI. Jury Demand

I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __27__ day of __Jan.__, 20__13__.

Darryl L. Walker Jr.

_____
(Signature of Plaintiff/Plaintiffs)